UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIR ALEXANDER ESCOBAR-GOMEZ (A# 246-205-938), | No.  1:26-cv-00649-DC-SCR |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al., | (ECF No. 11) |
| Respondents. | |

Petitioner was a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 11.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and

1

by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are ADOPTED;

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED on the Fifth Amendment procedural due process claim only;

3. The court denies the remaining claims in the § 2241 petition in the interests of judicial economy since the requested relief has been granted;

4. The preliminary injunctive relief previously granted is made permanent; and

5. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **August 11, 2026**

_____
Dena Coggins
United States District Judge

2